

## MEMORANDUM OPINION

No. 04-09-00391-CR

**IN RE** Roy Louis **SMITHWICK, JR.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                Phylis J. Speedlin, Justice
                Marialyn Barnard, Justice

Delivered and Filed:   July 15, 2009

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On June 30, 2009, relator Roy Louis Smithwick, Jr. filed a petition for writ of mandamus, seeking to compel the trial court to rule on his motion for DNA testing. However, on July 8, 2009, the trial court signed an order denying relator's motion for DNA testing. Therefore, we DENY the petition for writ of mandamus as MOOT.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 1992-CRA-00041, styled *State of Texas v. Roy L. Smithwick, Jr.*, filed in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.